| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Kelvin L. Mathews** | Social Security number or ITIN  **xxx–xx–5369** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | |
| Case number:  **16–03746** | | |

## Order of Discharge                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kelvin L. Mathews

<u>May 3, 2016</u>                                            **For the court:**   <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                                  United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                              Case No. 16-03746-DRC
Kelvin L. Mathews                                                   Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1         User: admin                Page 1 of 2                  Date Rcvd: May 03, 2016
                             Form ID: 318               Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2016.
db            +Kelvin L. Mathews,    4213 Landing Drive, Apt. 1D,    Aurora, IL 60504-5014
24181536      +ATG Credit, LLC,    1700 W. Corland St,   Suite 2,   Chicago, IL 60622-1131
24181534       Allied Collection Service,    8600 Pendergrass Rd.,   Hoschton, GA 30548-2300
24199463      +BMW Financial Services NA, LLC,    Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
24181538      +Bishop & LeForte, Ltd.,    18W140 Butterfield Rd., Ste. 930,    Oak Brook Terrace, IL 60181-4851
24181543       Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
24181544       Comcast,   Bankruptcy Department,   11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
24181548      +Compass Equipment Finance,    15W580 N. Frontage Road,   Burr ridge, IL 60527-5652
24181549      +Compass Lease, LLC,    5150 Lawndale Ave,   Summit Argo, IL 60501-1075
24181550       Cook County Department of Rev,    Ind Use Tax,   25766 Network Place,    Chicago, IL 60673-1257
24181551      +Elaine Mathews,    4213 Landing Drive, Apt. 1D,   Aurora, IL 60504-5014
24181552      +Empact Emergency Phys, LLC,    Dept 20-7009,   PO Box 5997,   Carol Stream, IL 60197-5997
24181554      +FHN Central Business Office,    PO Box 268,   Freeport, IL 61032-0268
24181553       Fed Loan Servicing,    PO Box 60610,   Harrisburg, PA 17106-0610
24181557      +Franklin Collection Service Inc.,    2978 W Jackson Street,   Tupelo, MS 38801-6731
24181559      +Georgia Power,    2500 Patrick Henry Pkwy.,Bin #80002,   McDonough, GA 30253-4298
24181560      +Henry County Hospital,    1600 East Riverview,   Napoleon, OH 43545-9399
24181564       Morgan Emergency Physicians LLC,    1077 S MAIN ST,   Madison, GA 30650-2073
24181565       Phoenix Financial Services LLC,    8902 Otis Ave., Ste. 103A,    Indianapolis, IN 46216-1009
24181566      +Quality Care Emerg Phys LLC,    1600 E RIVERVIEW AVE , SUITE 105,    Napoleon, OH 43545-9806
24181567       Quantum Med Radiology,    100 Cobb Pkwy SE,   Atlanta, GA 30339
24406881      +Ronnie Walker - Snap-on Tools Franchisee,    133 Watkins Lake Way,   Buena Vista, GA 31803-4254
24181568      +Rush Copley Medical Group,    2040 Ogden Ave,   Suite 313,   Aurora, IL 60504-7205
24181571      +VA Chicago Health Care System,    820 S. Damen Ave.,   Chicago, IL 60612-3728
24181572       Valley Imaging Consultants, LL,    PO Box 223800,   Pittsburgh, PA 15251-2800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QFJKOKOSZKA.COM May 04 2016 01:13:00      Frank J Kokoszka,    Kokoszka & Janczur, P.C.,
                122 South Michigan Ave,   Suite 1070,   Chicago, IL  60603-6270
24181535       EDI: BMW.COM May 04 2016 01:13:00      Alphera Financial SE,    PO Box 3608,
                Dublin, OH 43016-0306
24196056      +EDI: BMW.COM May 04 2016 01:13:00      BMW Financial Services NA, LLC,   5550 Britton Parkway,
                Hilliard, OH 43026-7456
24181537      +EDI: BANKAMER.COM May 04 2016 01:13:00      Bank of America,    Bankruptcy Department,
                CA6-919-0241, PO Box 5170,    Simi Valley, CA 93062-5170
24181569       EDI: AISTMBL.COM May 04 2016 01:13:00      T Mobile Bankruptcy Team,    PO Box 53410,
                Bellevue, WA 98015
24181570       EDI: AISTMBL.COM May 04 2016 01:13:00      T Mobile Wireless,    Attn: Bankruptcy Dept.,
                PO Box 37380,   Albuquerque, NM 87176-7380
24181541       EDI: CAPITALONE.COM May 04 2016 01:13:00      Capital One Bank Usa N,   15000 Capital One Dr,
                Richmond, VA 23238
24181539       EDI: CAPITALONE.COM May 04 2016 01:13:00      Cap One,   Bankruptcy Dept.,    PO Box 30285,
                Salt Lake City, UT 84130-0285
24181540      +EDI: CAPITALONE.COM May 04 2016 01:13:00      Capital 1 Bank,   Attn: General Correspondence,
                Po Box 30285,   Salt Lake City, UT 84130-0285
24181542       EDI: CAPITALONE.COM May 04 2016 01:13:00      Capital One, N.A.,   PO Box 71083,
                Charlotte, NC 28272-1083
24181545       E-mail/Text: legalcollections@comed.com May 04 2016 01:35:09      Commonwealth Edison,
                Bankruptcy Department,   2100 Swift Drive,   Oak Brook, IL 60523-1559
24181547       E-mail/Text: legalcollections@comed.com May 04 2016 01:35:09      Commonwealth Edison,
                PO Box 6111,   Carol Stream, IL 60197-6111
24181546       E-mail/Text: legalcollections@comed.com May 04 2016 01:35:09      Commonwealth Edison,
                Bankruptcy Department,   3 Lincoln Center,   Oak Brook Terrace, IL 60181-4204
24181555      +EDI: AMINFOFP.COM May 04 2016 01:13:00      First Premier Bank,    3820 N. Louise Ave.,
                Sioux Falls, SD 57107-0145
24181556      +EDI: AMINFOFP.COM May 04 2016 01:13:00      First Premier Bank,    Bankruptcy Department,
                PO Box 5523,   Sioux Falls, SD 57117-5523
24181558      +E-mail/Text: jennifer.macedo@gatewayonelending.com May 04 2016 01:32:49      Gatewayone Lending,
                3818 E. Coronado St., #100,    Anaheim, CA 92807-1620
24181561      +E-mail/Text: ebnsterling@weltman.com May 04 2016 01:33:12      JARED,   375 Ghent Rd.,
                Akron, OH 44333-4601
24181562       E-mail/Text: ebnsterling@weltman.com May 04 2016 01:33:12      Jared Galleria of Jewelry,
                PO Box 740425,   Cincinnati, OH 45274-0425
24181563      +EDI: MID8.COM May 04 2016 01:13:00      Midland Credit Management, Inc.,    Bankruptcy Department,
                8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
24181573      +EDI: VERIZONWIRE.COM May 04 2016 01:13:00      Verizon Wireless-Southeast,    PO Box 26055,
                Minneapolis, MN 55426-0055
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 0752-1          User: admin              Page 2 of 2            Date Rcvd: May 03, 2016
                              Form ID: 318             Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2016 at the address(es) listed below:
            David M Siegel    on behalf of Debtor 1 Kelvin L. Mathews davidsiegellaw@hotmail.com,
             davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
            Frank J Kokoszka    trustee@k-jlaw.com,   fkokoszka@ecf.epiqsystems.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 3